## Case No. 16,836.

### VANCE v. CAMPBELL.

PATENTS—UTILITY—ESTOPPEL BY USE.

The use by a defendant of the plaintiff's invention, or something substantially like it, estops him denying the utility of such invention. The use of the thing patented implies that the party thought it of some utility.

[Cited in Law's Pat. Dig. 281, to the point stated above. Nowhere more fully reported; opinion not now accessible.]